**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LINDA JORDAN, ET AL.,** | Case No. 4:24-CV-01964-YGR |
| **Plaintiffs,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **WELLS FARGO & CO.,** *et al.*, | |
| **Defendants.** | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Trina L. Thompson to consider whether it is related to *In re Wells Fargo Unauthorized Products Litigation* (3:24-cv-01223).

**IT IS SO ORDERED.**

**Date:** July 11, 2024

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**